that he was; whereupon the Court then permitted Sergeant Powell to answer the question, which was that defendant had had a drink."

It is not necessary to determine whether appellant was under arrest as the statement appears to be res gestae of the transaction and as such is admissible in evidence. 18 Tex.Jur. 312, Sec. 193; Lamkin v. State, 136 Tex.Cr.R. 99, 123 S.W.2d 662; Watkins v. State, Tex.Cr.App., 239 S.W.2d 107; Garland v. State, 157 Tex. Cr.R. 4, 246 S.W.2d 204.

Finding no reversible error, the judgment is affirmed.

Opinion approved by the Court.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving a motor vehicle while intoxicated; the punishment, three days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.